UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **2BROTHERS1LOVE, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4485** |
| **SELINA OPERATION NEW ORLEANS, LLC** | **SECTION "B"(4)** |

**ORDER**

Considering plaintiff 2Brothers1Love, LLC and defendant Selina Operation New Orleans, LLC's joint stipulation of partial dismissal without prejudice (Rec. Doc. 16),

**IT IS ORDERED** that the motion is **GRANTED**. The claims of plaintiff 2Brothers1Love, LLC against Selina Operation New Orleans, LLC, and no other defendant, for Count One for Bad Faith Breach of Contract and Count Three for Unjust Enrichment only, and no other claims, be dismissed without prejudice, with each party bearing their own costs and reserving unto plaintiffs all other claims against Selina Operation New Orleans, LLC, and all claims in full against all other individuals and entities.

New Orleans, Louisiana this 16th day of December, 2022

_____

SENIOR UNITED STATES DISTRICT JUDGE