| | |
|---|---|
| **Subject:** | RE: Signed Settlement Agreement - 2Brothers v. Selina |
| **Date:** | Wednesday, August 23, 2023 at 9:36:00 AM Central Daylight Time |
| **From:** | Koropp, David E. <dkoropp@foxswibel.com> |
| **To:** | Will Griffin <wcg@gb-lawfirm.com>, Dorfman, Daniel <ddorfman@foxswibel.com>, steve@scanlayr.com <steve@scanlayr.com> |
| **CC:** | Eileen Bivalacqua <eileen@gb-lawfirm.com> |
| **Attachments:** | image003.png, image004.png, image005.png, S- Settlement Agreement-Signed by 2Brothers1Love.pdf |

Hi Will,

Sorry for the delay.  I just received this fully executed copy yesterday.

Best,

David E. Koropp
dkoropp@foxswibel.com ÷ 312-224-1235 (direct)

# Fox Swibel

Fox Swibel Levin & Carroll llp

200 W. Madison Street, Suite 3000 ÷ Chicago, Illinois 60606
www.foxswibel.com ÷ 312-224-1200 (main) ÷ 312-224-1201 (fax)

**Confidentiality:**  This transmission is for the exclusive and confidential use of the intended recipient. It may be an attorney-client communication and privileged. The unauthorized use, disclosure or copying of this transmission is strictly prohibited and may be unlawful. If you have received this transmission in error, please notify me by return mail or telephone and delete the transmission from your system. Thank you.

---

**From:** Will Griffin <wcg@gb-lawfirm.com>
**Sent:** Wednesday, August 23, 2023 9:32 AM
**To:** Koropp, David E. <dkoropp@foxswibel.com>; Dorfman, Daniel <ddorfman@foxswibel.com>; steve@scanlayr.com
**Cc:** Eileen Bivalacqua <eileen@gb-lawfirm.com>
**Subject:** Re: Signed Settlement Agreement - 2Brothers v. Selina

David,

Following up on this one.  When can we expect the signed Settlement Agreement and check?

Thank you,

# Will C. Griffin

Griffin & Bivalacqua, LLC
650 Poydras Street,  Suite 2615
New Orleans, Louisiana 70130
P: 504-648-1858
F: 504-561-0559



**From:** Eileen Bivalacqua <eileen@gb-lawfirm.com>
**Date:** Thursday, August 3, 2023 at 9:11 AM
**To:** dkoropp@foxswibel.com <dkoropp@foxswibel.com>, ddorfman@foxswibel.com <ddorfman@foxswibel.com>, steve@scanlayr.com <steve@scanlayr.com>
**Cc:** Will Griffin <wcg@gb-lawfirm.com>
**Subject:** Signed Settlement Agreement - 2Brothers v. Selina

Counselors:

Please see attached <u>Settlement and Release Agreement</u> that has been signed by our client.

Mr. Scandurro – an original copy will be mailed to your office today.

Thank you.


**Eileen S. Bivalacqua**
**Office Manager**
**650 Poydras Street, Suite 2615**
**New Orleans, Louisiana 70130**
**P: (504) 648-1858 Ext. 4**
**F: (504) 561-0559**



PRIVILEGED AND CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 648-1858 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.

## SETTLEMENT AND RELEASE AGREEMENT

**THIS SETTLEMENT AND RELEASE AGREEMENT** (hereinafter "Agreement") is entered into as of the 10th day of July, 2023 (the "Effective Date"), by and among 2Brothers1Love, LLC ("2Brothers") on the one hand, and Selina Operation New Orleans, LLC ("Selina"), on the other (collectively the "Parties").

### Recitals

**WHEREAS,** 2Brothers asserted claims arising out of an agreement between the parties for 2Brothers to develop and operate a restaurant at the Catahoula Hotel set forth in a complaint originally filed in Civil District Court for the Parish of Orleans, Louisiana, Case No. 2022-09526, and later removed to the United States District Court for the Eastern District of Louisiana, Case No. 22-4485 (the "Litigation").

**WHEREAS,** Selina filed an answer denying liability to 2Brothers; and

**WHEREAS,** the Parties wish to settle all claims that were, or could have been, asserted against Selina by 2Brothers in the Litigation;

**NOW, THEREFORE,** in consideration of the foregoing and for other good and valuable consideration as provided below, the receipt and sufficiency of which are hereby acknowledged, the Parties represent, warrant, and agree as follows:

### Terms and Conditions

1. <u>Incorporation of Recitals</u>.  Each and every one of the above and foregoing recitals are made a part hereof.

2. <u>No Admission of Liability</u>.  The Parties agree they are entering into this Agreement for the sole purposes of resolving 2Brothers' claims against Selina and to avoid the costs and uncertainty of litigation.  This Agreement shall not be deemed or construed as an admission of liability for any claim.

3. In full and final settlement of the Litigation, including all claims that were, or could have been, asserted against Selina in the Litigation by 2Brothers, Selina agrees to pay to 2Brothers, and 2Brothers has agreed to accept, the total sum of THIRTEEN THOUSAND FIVE HUNDRED and 00/100 DOLLARS ($13,500.00) (the "Settlement Amount"), payable by no later than August 31, 2023.

4. Payment of the Settlement Amount shall be made to: **Griffin & Bivalacqua, LLC**.

5. <u>Mutual Release</u>. With the exception of any obligations arising from this Agreement, the Parties, on behalf of themselves and their respective members, shareholders, partners, employees, agents, attorneys, successors, predecessors, parents, subsidiaries, affiliates, directors, officers, heirs and assigns , hereby release and forever discharge each other and their respective members, shareholders, partners, employees, agents, attorneys, successors, predecessors, parents, subsidiaries, affiliates, directors, officers, heirs and assigns of and from all manner of actions, causes, causes of action, suits, debts, contracts, sums of money, covenants, controversies, agreements, promises, liabilities, errors, obligations, fees, damages, claims, and demands, whatsoever, whether known or unknown, which the Parties have or may have had at any time, against each other on account of, or may in any way grow out of, or which are relating to the Litigation.

6. <u>Authority and no Assignment</u>. Each of the Parties represents and warrants that it has the power and authority to enter into this Agreement and there has been no assignment, negotiation, hypothecation or other transfer or alienation of any claim being released hereunder.

7. <u>Entire Agreement</u>. This Agreement sets forth the entire agreement and understanding of the Parties relating to the subject matter contained herein and merges all prior

discussions, agreements, contracts or other instruments between them and no Party shall be bound by any subsequent instrument, agreement or representation pertaining to the subject matter contained herein unless expressed in writing and signed by the Party to be bound thereby.

8. <u>Severability</u>.  If any clause, phrase, provision, term or portion of this Agreement is declared to be invalid by a court of competent jurisdiction or if any term or provision of this Agreement conflicts with any applicable state or federal law, such provision shall be rendered ineffective and severable for the remainder of this Agreement without affecting or impairing the enforceability or validity of the remainder of this Agreement.

9. <u>Counterparts and Facsimile Signatures</u>.  This Agreement may be executed in two or more counterparts and each shall have the same force and effect as the other, as one and the same instrument.  A signature sent via facsimile or e-mail is an acceptable method of execution of this Agreement.

10. <u>Governing Law</u>.  This Agreement shall be governed by the laws of the State of Louisiana without regard to choice of law principles.

11. <u>Binding Agreement</u>.  The Parties hereto warrant that they have read this Agreement, and that they intend to be legally bound by the same, that they have entered into this Agreement freely and voluntarily, and that they have the full right, power, authority and capacity to enter into and execute this Agreement.  Each of the Parties hereto further warrants that this Agreement is entered into without relying upon any statement or representation made by any other Party not embodied in this Agreement.

12. <u>Joint Participation</u>.  The Parties participated jointly in the negotiation and preparation of this Agreement, and each Party has had the opportunity to obtain the advice of legal counsel and to review and comment upon this Agreement.  Accordingly, it is agreed that no

rule of construction shall apply against any Party or in favor of any Party. This Agreement shall be construed as if the Parties jointly prepared this Agreement, and any uncertainty or ambiguity shall not be interpreted against one Party and in favor of the other. In any action to enforce or interpret this Agreement, the Agreement shall be construed in a neutral manner, and no term or provision of this Agreement shall be construed more or less favorably to any one Party.

13. <u>Confidentiality</u>. The Parties agree that the terms of this Agreement shall remain confidential and shall not be disclosed to anyone; however, the Parties may disclose the terms of this Agreement to their respective counsel and to their accounting and tax advisors, in their respective tax, regulatory and other public filings, or as may be compelled by lawful process issued by a court or other entity of competent jurisdiction. Notwithstanding the foregoing, this Agreement may be disclosed in any proceeding to enforce its terms.

14. <u>Modification</u>. All modifications to this Agreement must be confirmed in writing and signed by all Parties.

15. <u>Enforcement of Agreement</u>. The Parties agree that if any attorneys' fees and/or expenses are incurred in connection with any Party seeking enforcement of this Agreement or any of its terms, or in connection with any Party seeking damages for any breach, the Party bearing such attorneys' fees and expenses shall be entitled to recover the same from any other Party found to be in breach of the terms of this Agreement.

**IN WITNESS WHEREOF**, the Parties have hereunto set their hands as of the date first written above.

2BROTHERS1LOVE, LLC.
By: _Chef / Owner_
Its: _Founder_

SELINA OPERATION NEW ORLEANS, LLC
By: _STEVEN OHAYON_
Its: _DIRECTOR_

4

4623116 v1 - 07879 / 005