# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **2BROTHERS1LOVE, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4485** |
| **SELINA OPERATION NEW ORLEANS, LLC** | **SECTION "B"(4)** |

## ORDER

Considering Plaintiff 2Brothers1Love, LLC's "Motion to Withdraw Motion to Enforce Settlement" (Rec. Doc. 22), and provided there are no objections,

**IT IS ORDERED** that the Motion is **GRANTED**, withdrawing Plaintiff 2Brothers1Love, LLC's "Motion to Enforce Settlement" (Rec. Doc. 20) from the record in the above-captioned matter.

New Orleans, Louisiana this 24th day of October, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE